UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HISCOX DEDICATED CORPORATION MEMBERS LIMITED as representative member of Syndicate 33 at Lloyd's, *et al.*,<br><br>Defendants. | NO. C19-1277RSL<br><br>ORDER |

This matter comes before the Court on "Defendants' Motion to Stay Litigation" until the Honorable James L. Robart, United States District Judge, determines whether a related case should be dismissed for lack of justiciability. Judge Robart has made his decision in <u>Weyerhaeuser v. Hiscox, et.al.</u>, C18-0585JLR (Dkt. # 110). The request for a stay is therefore DENIED as moot.

Dated this 21st day of August, 2019.

*MrT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1