UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HISCOX DEDICATED CORPORATION MEMBERS LIMITED as representative member of Syndicate 33 at Lloyd's, et al.,<br><br>Defendants. | Case No. 2:19-CV-1277-RSL<br><br>ORDER GRANTING EMERGENCY MOTION FOR RELIEF FROM DEADLINE |

This matter comes before the Court on plaintiff's "Emergency Motion for Relief from Deadline." Dkt. #31. Having reviewed the record in this matter, the Court GRANTS plaintiff's motion. The Court hereby ORDERS that all deadlines are stayed, including the deadline imposed by the Preliminary Injunction, see Dkt. #25, pending the resolution of the matter of the English Injunction, see Dkt. #29. The Court will not decide any pending motions without giving plaintiff the opportunity to respond.

DATED this 13th day of September, 2019.

Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S EMERGENCY
MOTION FOR RELIEF FROM DEADLINE - 1