THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>HISCOX DEDICATED CORPORATION MEMBER LIMITED as representative member of Syndicate 33 at Lloyd's; STARR UNDERWRITING AGENTS LIMITED on behalf of Lloyd's Syndicate CVS 1919, et. al<br><br>　　　　　　　　　　　Defendant(s), | NO. 2:19-CV-01277<br><br>**STIPULATION AND ORDER TO DISMISS** |

## I. <u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Weyerhaeuser Company and Defendants Hiscox Dedicated Corporate Member Limited as representative member of Syndicate 33 at Lloyd's and Starr Underwriting Agents Limited on behalf of Lloyd's Syndicate CVS 1919 (hereinafter collectively "Hiscox/Starr") that Hiscox/Starr be dismissed from this matter without prejudice and that all dates and schedules

STIPULATION AND ORDER OF DIMISSAL
WITHOUT PREJUDICE – Page 1

**SCHEER.LAW PLLC**
600 UNIVERSITY STREET, SUITE 2100
SEATTLE, WA 98101
P: (206) 800-4070

with respect to Hiscox/Starr be terminated, in accordance with the November 21, 2019 Order of the High Court of Justice, Business and Property Courts of England and Wales Commercial Court, under Claim No. CL-2019-000516 (attached as Exhibit 1), which followed the Judgment and Order of the High Court dated October 11, 2019 (attached as Exhibit 2).

DATED this 19th day of December, 2019.

Respectfully submitted,

| SCHEER.LAW PLLC | CORR CRONIN LLP |
|---|---|
| */s/ Mark P. Scheer* <br> */s/ Jennifer L. Crow* <br> */s/Matthew C. Erickson* <br> Mark P. Scheer, WSBA No. 16651 <br> Jennifer L. Crow, WSBA No. 43746 <br> Matthew C. Erickson, WSBA No. 43790 <br> Scheer.Law PLLC <br> 600 University Street, Suite 2100 <br> Seattle, WA 98101 <br> (206) 800-4070 <br> mark@scheer.law <br> jen@scheer.law <br> matte@scheer.law <br> Attorneys for Defendants | */s/ Michael A. Moore* <br> */s/ Kelly H. Sheridan* <br> */s/ Jocelyn Whiteley* <br> Michael A. Moore, WSBA No. 27047 <br> Kelly H. Sheridan, WSBA No. 44746 <br> Jocelyn Whiteley, WSBA No. 49780 <br> CORR CRONIN LLP <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA, 98154 <br> (206) 625-8600 <br> mmoore@corrcronin.com <br> ksheridan@corrcronin.com <br> jwhiteley@corrcronin.com <br> Attorneys for Plaintiff |

Based on the Stipulation of the Parties, above, the Court enters the following:

//

//

STIPULATION AND ORDER OF DIMISSAL
WITHOUT PREJUDICE – Page 2

## II. ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above entitled Court based upon the stipulation of the Plaintiff Weyerhaeuser Company and Defendants Hiscox/Starr for termination and dismissal of Hiscox/Starr in the above entitled matter, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Hiscox/Starr are dismissed from this matter without prejudice.

IT IS SO ORDERED.

Dated this 20th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

SCHEER.LAW PLLC

By */s/ Mark P. Scheer*
By */s/ Jennifer L. Crow*
By */s/Matthew C. Erickson*
Mark P. Scheer, WSBA No. 16651
mark@scheer.law
Jennifer L. Crow, WSBA No. 43746
Jen@scheer.law
Matthew C. Erickson, WSBA No. 43790
MattE@scheer.law
Attorneys for Defendants

Approved as to Form

CORR CRONIN

By */s/ Michael A. Moore*

*/s/ Kelly H. Sheridan*
*/s/ Jocelyn Whiteley*
Michael A. Moore, WSBA No. 27047
mmoore@corrcronin.com
Kelly H. Sheridan, WSBA No. 44746
ksheridan@corrcronin.com
Jocelyn Whiteley, WSBA No. 49780
jwhiteley@corrcronin.com
Attorneys for Plaintiff