THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation, <br><br>               Plaintiff, <br><br>  v. <br><br> ALLIANZ UNDERWRITERS INSURANCE COMPANY, <br><br>               Defendant. | No. 2:19-cv-01277-RSL <br><br> JURY DEMAND <br><br> **STIPULATION AND ORDER OF DISMISSAL** <br><br> (Clerk's Action Required) |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Weyerhaeuser Company and by Defendant Allianz Underwriters Insurance Company, through their undersigned attorneys of record, that this case may be dismissed with prejudice and without costs to any party.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL – 1
No. 2:19-cv-01277-RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 7th day of July, 2020.

| | |
|---|---|
| *s/ Michael A. Moore* | *s/ Curtis C. Isacke* |
| Michael A. Moore, WSBA No. 27047 | Robert M. Sulkin |
| Kelly H. Sheridan, WSBA No. 44746 | Malaika M. Eaton |
| Jocelyn Whiteley, WSBA No. 49780 | Curtis C. Isacke |
| CORR CRONIN LLP | MCNAUL EBEL NAWROT & HELGREN PLLC |
| 1001 Fourth Avenue, Suite 3900 | |
| Seattle, Washington 98154 | 600 University Street, Suite 2700 |
| (206) 625-8600 Phone | Seattle, WA 98101 |
| (206) 625-0900 Fax | Phone: (206) 467-1816 |
| Email: mmoore@corrcronin.com | Email: rsulkin@mcnaul.com |
|     ksheridan@corrcronin.com |     meaton@mcnaul.com |
|     jwhiteley@corrcronin.com |     cisacke@mcnaul.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION AND ORDER OF DISMISSAL – 2
No. 2:19-cv-01277-RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER OF DISMISSAL

THIS MATTER having come on before the undersigned Judge of the above-titled Court pursuant to the foregoing Stipulation, and the Court being fully advised; NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned matter be, and hereby is, dismissed with prejudice and without costs to either party.

Dated this 8th day of July, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 3
No. 2:19-cv-01277-RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900